B6B (Official Form 6B) (12/07)

.

In re **Mark E Singer**                                      , Case No. **12-18449**

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - FIRST AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Currency** | - | **50.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - Signature Bank** | - | **2,000.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **See attached B.4** | - | **Unknown** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **See attached B.5** | - | **Unknown** |
| 6. | Wearing apparel. | | **See attached B.6** | - | **Unknown** |
| 7. | Furs and jewelry. | | **See attached B.7** | - | **Unknown** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **See attached B.8** | - | **Unknown** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **AXA Insurance Policy No. 109009548/Term - Face Value $250,000; no cash value** | - | **0.00** |
| | | | **Incentive Life #157217937; Variable Life; $250,000 face value - no cash value** | - | **1,302.00** |
| | | | **Principal #5028373 - Face Value $100,000; Cash Value $18,666** | - | **18,666.00** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **22,018.00** |
|---|---|---|
| | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mark E Singer**                                         ,    Case No.    **12-18449**
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY - FIRST AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity IRA** | - | 48,210.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        48,210.00
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mark E Singer**                                                    ,   Case No.   **12-18449**
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY - FIRST AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Total >        **70,228.00**

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

| B.4 | HOUSEHOLD FURNISHINGS, TV, RADIO, COMPUTER, ELEC, VID | | |
|---|---|---|---|
| *Qty* | *Description* | *Date Purchased* | |
| 1 | Grandfather Clock | 1997 Darvin | |
| 1 | Coo Coo Clock | 2007 Munich | |
| 1 | Naval Clock | 2006 Chicago Clock | |
| 8 | Wall Clocks – musical | 1997-2003 | |
| 4 | Wall Clocks – nonmusical | | |
| 2 | Neon Wall Clocks (Lionel, purple) | 1998 Chicago Clock | |
| 4 | Lava Lamp | 1997 | 1 @ office |
| 4,1 | Bose Radios | | 1 @ office |
| 1 | Wine Refrigerator | 2007 Wine Enthusiasts | |
| 1 | Dishwasher – GE Profile | 2005 | |
| 1 | Refrigerator – GE Profile | 2005 | |
| 1 | Oven – GE Profile | 2005 | |
| 1 | Microwave – GE Profile | 2005 | |
| 7 | Table Lamps | 1998-2005 | |
| 5 | Floor Lamps | 2005 Luminaire Lightology | |
| 1 | Washer – GE Profile | 2005 | |
| 1 | Dryer – GE Profile | 2005 | |
| 1,9 | Drill & Tools | 1997-1998 | |
| 2 | Igloo Coolers | | |
| 1 | Kitchen Ceiling Light | 2005 Lightology | |
| 5 prs. | Bathroom Ceiling Lights | 2007 Lightology | |
| 4 | Bar Stools | ABT | |
| 1 | Armoire | 1997 Darvin | |
| 2 | Dressers | 1997 Darvin | |
| 1 | Tempur-Pedic Electric King Bed | 2004 Relax the Back | |
| 2 | Nightstands | 1997 Darvin | |
| 1 | Headboard w/ Mirror | 1997 Darvin | |
| 1 | Wall Mirror | 2006 Clark & Barlow | |
| 4 | Electric Toothbrushes | 1997-2010 Phillips | |
| 1,1 | Pewter Soap Dispenser & Tissue Box | 1997 Bed Bath & Beyond | |
| 5 | Hair Brushes | | |
| 3 | Lint Brushes | | |
| 2 | Frette Comforter Calif. King Size | 2008 | |
| 2 sets | Frette Bed Linen Calif. King Size | 2008, 2009 | |
| 4 | Throw Pillows | 1998 Crate & Barrel | |
| 1 | Panasonic Flat Screen Table TV | 2005 Abt | |
| 1 | Bose Sound System | 2005 Abt | |
| 1 | Mitsubishi VCR | 1994 Abt | |
| 3 | Sleeping Bags | 1998 LL Bean | |
| 2 | Jewelry Boxes | | |
| 1 | Loose Change Box | | |

| | | | |
|---|---|---|---|
| 1 | Rocking Chair | 1993 LL Bean | |
| 1 | Glass Computer Table | 2005 Luminaire | |
| 1 | Desk Chair | 2007 | |
| 1 | Computer Chair | 2007 | |
| 1 | File (Rolling) | | |
| 2 prs. | Air Travel Earphones | | |
| 3, 1 | Electric Shaver – Braun | | 1 @ work |
| | Eagle Creek shave kits; packing (assorted sizes) | 1997-2009 | Green's Luggage, Deutsch Luggage, Magellan |
| 2 | Floor Fans | | |
| 5 | Nightlights | | |
| 9 | Flashlights | | |
| 8 | APC Power Packs | | |
| 1 | Xerox Color Printer | 2009 CDW | |
| 1 | Epson Scanner | 2009 CDW | |
| 50 | DVD-R and CD-R blank discs | 2009 | |
| 3 | Computer Bags 2-Bric, 1-Medici | 2009, 2010 | |
| 2 | Tray Tables | 2005 Clark & Barlow | |
| 1 | Pinball Machine | 2009 Hammacher Schlemmer | |
| 3 sets | Electric Sun Proof Window Blinds | 2009 | |
| 1 | Pioneer 50" Flat Screen TV | 2005 Abt | |
| 1 | Denson Receiver | 2009 Abt | |
| 1 | Pioneer DVD Player | 2007 Abt | |
| 1 | Record Player | 1983 Marshal Fields | |
| 1 | Record to CD Converter - TEAC | 2009 | |
| 1 | Sony VHS Player | 1997 Abt | |
| 1 | Sony Tape Deck Player | 1994 Abt | |
| 1 | Sony CD Storage/Player | 1997 Abt | |
| 1 | Telescope | 1994 LL Bean | |
| 1 | Gas BBQ Grill | 2009 Ace | |
| 1, 2 | Balcony Table & Chairs | 2006 Ace | |
| 4 | Wine Rack | 1986 Neiman Marcus | |
| 8 | Umbrellas | | |
| 1 | Slide Converter | | |
| 1 | Slide Lightbox | | |
| | Electrical converters; electric pulse (assorted sizes) | 1997-2010 | Magellan, Tumi, Green's Luggage |
| 4 | Rimowa Luggage | 2010 Rimowa | |
| 3 | Swiss Army Luggage | 2008 Green's Luggage | |
| 4 | Tumi Luggage | 1997-2008 Green's, Tumi | |
| 6 | Bric Luggage | 2008-2009 | |

| | | | |
|---|---|---|---|
| 11 | Attaché Cases (roller, non-roller) | Green's, Tumi | |
| 5 | Leather Notebooks | Green's, Tumi, Levinger | |
| 8 sets | Silverware | | |
| 4 sets | Plates "Glory of the West" 7pc | | |
| 8 ea | Glasses – regular | juice/reg/water | |
| 4 ea | Glasses – bar/wine | cocktail/tall/wine | |
| 1 | Cuisinart Electric Can Opener | 2011 Macy's | |
| 1 | DeLonghi Coffee Machine | 2009 William Sonoma | |
| 1 | DeLonghi Nespresso | 2010 William Sonoma | |
| 1 | DeLonghi Nespresso, Jr. | 2010 William Sonoma | |
| 1 | Penguin Soda Charger | 2010 William Sonoma | |
| 3 | Tea Kettles | 2009 Tea Gschwendner | 1 @ work |
| 1 | Breadbox | 2008 William Sonoma | |
| 8 | Knives – carving | 2009 | |
| 4 | Knives – steak | 2009 | |
| 1 | Le Creuset Stir Fry | 2008 | |
| 1 | Rice Maker | 2008 | |
| 4 | Wooden Salad Bowls | 1997-2008 | |
| 7 | Magazine racks | | |
| 11 | Lanterns | | |
| 2 | Rolling Metal Coffee Tables | 2005 Luminaire | |
| 1 | Apple iMac | 2009 CDW | |
| 2 | Apple iPads/keyboards | 2010 Apple | |
| 1 | Apple Macbook Air | 2009 Apple | |
| 1 | Apple 15" Laptop | 2006 Apple | |
| 8 sets of 3 | Monogrammed Towels (MES, KSS) | 2006 Bloomingdale's | |
| 4 sets of 3 | Monogrammed Towels (MES) | 2009 Frette | |
| 1 | Electric Pants Press | 1994 Hammacher Schlemmer | |
| 1 | Electric Shoe Shine | 1995 Hammacher Schlemmer | |
| 2 | Sofas | 1998 Scandinavian Design | |
| 1 | Easy Chair | 2006 Relax the Back | |
| 1 | Chandelier | 1999 Lightology | |
| 1 | Theatre light and stand | 2005 Luminaire | |
| 4 | Tempur-Pedic Pillows | 2004 Relax the Back | |
| 1 | Texas Instruments Calculator | 1997 | |
| 1 | Tempur-Pedic Single Mattress | 2004 Relax the Back | |
| 2 | Pillows – daughter's bed | 2004 | |
| 1 | Liberty Safe | 2009 Liberty Safe | |
| 3 | Replica Stadium Models | Wrigley/Yankee/Dodgers | |
| 6 | Replica European Synagogues | | |
| 1 set | Linen – Single Bed | 2004 Macy's | |

| | | | |
|---|---|---|---|
| 3 | Eaton Emergency Radio | 2007 | 1 @ work |
| 1 | Oregon System – weather | 2001 | |
| 4 | Hanging Bar Lights | 2005 Lightology | |
| **B.5** | **BOOKS/PICS/ANTIQUES/TAPES/CD'S/DVD'S/TT/RR MAGS COLLECTION** | | |
| 300 | Photography | | |
| 1000 | Trains | | |
| 200 | Travel | | |
| 500 | Politics | | |
| 250 | Economics | | |
| 250 | Marketing | | |
| 500 | History | | |
| 700 | Military | | |
| 150 | Israel/Mid East | | |
| 25 | Cooking | | |
| 12 | Bar | | |
| 200 | Business | | |
| 200 | Biograpgy | | |
| 20 | Writing | | |
| 12 | Writers | | |
| 25 | Framed Ship Pictures | | |
| 13 | Framed Sports Pictures (1 unframed) | Note: 1 – Sandy Koufax autographed holding 4 balls $800/2008; 1 Sandy Koufax autographed, 5 frame photo $300/2009 | |
| 90, 28 | Framed Train Pictures | | 28 @ work |
| 10 | Other Framed Pictures | | |
| 22, 13 | Framed Family Pictures | | 13 @ work |
| 14, 13 | Framed political military pictures | | 13 @ work |
| | Commentary Magazines | | |
| | Trains Magazines | (1960-2012) | 15 @ work |
| | Classic Trains Magazines | (1997-2012) | 10 @ work |
| | Passenger Train Journal Magazines | (1968-1995) | |
| 20 | Railroad Schedule Guides | 1938-1971 | 1 @ work |
| 250 | Railroad Timetables | 1944-1970 | 1 @ work |
| 35 | Glass Globes | 1998-2010 (world trips) | |
| 21 | Carved Stone Bears | 1999-2004 | |
| 5 pc | Airplane models | 2009-2011 | |
| 14 pc, 7 | Train models (NYC-2, ATSF-4, CMStP&P-1) | 1991-2010 (CNW, CMStP&P, Metra) | 7 @ work |
| 3 | Desk Plaques | | 3 @ work |
| 1 | CSA Replica Sword | | |
| 2 | "Tweety" framed | | |
| 1 | "Butkus" unframed | | |
| 1 | "Foghorn Leghorn" framed | | |
| 1 | "Simpsons" framed | | |

| | | | |
|---|---|---|---|
| 1 | "Warner Bros cartoon char" framed | | |
| 1 | "Roadrunner" framed | | |
| 1 | "Yogi Bear" framed | | |
| 1 | Painting MES/Daughter framed | 1999 | |
| 1 | Sony Auto Slide Review | 2010 | |
| 750, 200 | CD's – assorted (holiday, C&W, oldies, religious, Amer) | | 200 @ work |
| 900 | DVD's – assorted (trains, history, military, Israel, biog) | | |
| 7 | Wooden Pen Boxes | | |
| 225 | Pens & Pencils – assorted (fountain, ballpoint, rollerball) | 1990-2011 Waterman, Mont Blanc, Pelican, Lamy, etc. | |
| 6 | Dog Cartoons framed | | |
| 2, 1 | Czech Beer Mugs | | 1 @ work |
| 18 | Menorahs (religious) | | |
| 2 | Candelabras (religious) | | |
| 10 | Dredls (religious) | | |
| 12 | Mezuzahs (religious) | | |
| 1 | JFK Bust | | |
| 1 | JFK framed (Kerner) | | 1 @ work |
| 5 | Ship models | | |
| 10 | Lighthouses - replicas | | |
| 1 | Yahrzeit Candlelight (religious) | | |
| 1 | Yahrzeit Candleholder (religious) | | |
| | Israel Wall Hanging Items | | |
| 1 | Fiddler On the Roof (Imber) | | |
| 2 | Meister (ISR) Jerusalem | | |
| 1 | Alaskan Totem Pole | | |
| 1 | Globe | Neiman Marcus | |
| 1 | Globe – elec | | |
| 1 | Lighthouse Light | | |
| 2 | Czech Puppets | | |
| 5 | Quebec City Artist framed MES/Daughter | | |
| 6 | ISR Art "the hand" (Hamesh) | | |
| 2 | ISR Art Copper Plates | | |
| 1 | Alaskan Bear w/ Welcome Sign | | |
| **B.6** | **CLOTHES/SHOES/COATS/TIES/SHIRTS/GLASSES** | | |
| 4 | Brooks Bros. Summer Poplin Suits | | |
| 2 | Brooks Bros. Summer Seersucker Suits | | |
| 12 prs. | Black Socks | | |
| 50 | T-shirts plain XXL | | |

| 250 | T-shirts travel XXL | | |
| 20 | T-shirts military XXL | | |
| 1 | Hat – cowboy, size 8 | | |
| 225 | Hats – baseball assorted, size 8 | | |
| 60 | Polo Shirts XXL | Timberland, LaCoste, RR | |
| 48 | Sweaters XXL | | |
| 60 | Sweatshirts XXL | | |
| 4 | Belts – dress, size 40 | | |
| 600 | Ties – assorted | | |
| 32 | 2 pc Wool Suits – assorted | | |
| 50 prs. | Sunglasses | (1995-2010) | |
| 4, 1 | Glasses (Rx) | (1999-2009) | 1 @ work |
| 50 | Shirts – dress (tailored) | Monogram (Fr Cuff) | 1 @work |
| 65 | Shirts – sports XXL / altered | | |
| 2 prs. | Cowboy Boots | 2009 | |
| 12 | Belts – casual | | |
| 42 | Hawaiian Shirts – assorted XXL | | |
| 19 prs. | Shoes – casual, assorted | | |
| 9 | Sports Coats / altered | | |
| 7 | Sports Jackets – assorted XXL | 1991-2011 | |
| 2 | Shorts – assorted | LL Bean | |
| 8 | Cowboy-style belt buckles – assorted | 1997-2011 | |
| 7 | Denim Shirts | | |
| 11 | Satin Sports Jacket – baseball, railroad | | |
| 3 | Jean Jacket | | |
| 7 | Leather Coats (assorted lengths) | | |
| 4 | Leather Jackets | | |
| 3 | Winter Coats | | |
| 4 | Berets | | |
| 7 | Raincoats | | |
| 2 prs. | Timberland Boots | | |
| 8 | Jeans | | |
| 5 | Corduroy | | |
| 3 | Slacks – casual | | |
| 20 | Khaki Pants | | |
| 1 pr. | Neos boots | | |
| 20 | Sports Jerseys | | |
| 2 | Wallets | Louis Vuitton | |
| 1 | Mont Blanc Wallet | 2009 | |
| 1 | Medici Wallet | 2010 | |
| **B.7** | **JEWELRY** | | |
| 1 | Rolex GMT (gold/platinum) | 1982 Hong Kong – Rolex | $1,200 purchase |
| 1 | Breitling Watch (Greyface) | 2005 Swiss Watch Shop – | $1,750 est. |

| | | Martinique | |
|---|---|---|---|
| 1 | Soviet Pilot Watch | "Constellation" | |
| 30 PRS. | Cufflinks | 1990-2011 Mont Blanc, Birks, Jared, etc. | |
| 1 | Ring – gold/sapphire stone | 1977 | $1,200 est. |
| 1 | Ring – college class (gold/sunburst) | 1971 | $400 est. |
| 5 | Tie chains | 2008 – Nordstrom – silver plated | |
| 2 | Tie bars | 2009 Louis Vuitton | |
| 1 | Woman's Necklace (key) | 2010 Mont Blanc | |
| **B.8** | **GUNS/CAMERA/HOBBY EQUIPMENT** | | |
| 1 | Canon 900 photo printer | | |
| 1 | SW .38 6" | 2009 | |
| 1 | SW .38 4" | 2009 | |
| 1 | SW .357 6" | 2001 | |
| 1 | Glock .45 | 2000 | |
| 1 | Glock .45 | 2000 | |
| 1 | Springfield .45 | 2002 | |
| 1 | SW .45 | 2002 | |
| 1 | USMC Bayonet | 2002 | |
| 1 | NRA SOG Knife | 2009 | |
| 1 | NRA Knife | 2009 | |
| 3 | Swiss Army Knives | | |
| 20 | Digital Chips | 2006-2010 (4, 8, 12, 24, 32 mg) | |
| 3 | NRA Holsters | | |
| 1 | NRA shooter glasses | | |
| 1 | NRA shooter ear protectors | | |
| 1 | Canon FTBn/case | 1974 New Haven, CT | |
| 1 | Canon Flash | | |
| 1 | Canon FN Lens 17m | (1974-1989) 47th St. Photo | |
| 1 | Canon FN Lens 28m | " | |
| 1 | Canon FN Lens 35m | " | |
| 1 | Canon FN Lens 50m | " | |
| 1 | Canon FN Lens 85m | " | |
| 1 | Canon FN Lens 10-200m | " | |
| 1 | Canon FN Lens 50-135m | " | |
| 1 | Canon FN Lens 300m | " | |
| 1 | Canon FN Lens 400m | " | |
| 1 | Metz Flash | | |
| 1 | Leica M7 case | 2002 Royal Caribbean | |
| 1 | Leica Lens 35m | 2002 Royal Caribbean | |
| 1 | Leica Lens 90m | 2002 Royal Caribbean | |
| 1 | Canon EOS1n/case | (2002-2005) Camera | |

| | | World | |
|---|---|---|---|
| 1 | Canon EOS3/case | " | |
| 1 | Canon G4 | " | |
| 1 | Canon G5 | " | |
| 1 | Canon Pro 1 | " | |
| 1 | Canon 400 | " | |
| 1 | Canon EOS Lens 50m | " | |
| 1 | Canon EOS Lens 75m | " | |
| 1 | Canon EOS Lens 35-150m | " | |
| 1 | Canon EOS Lens 200m | " | |
| | Misc filters, accessories | | |
| 1 | Leica M8/case/lens filters | 2007 Royal Caribbean | |
| 1 | Leica M9 | 2010 Tamarkin | |
| 1 | Leica D Lux IV | 2010 Tamarkin | |
| 1 | Leica Lens 75mm | 2008 Royal Caribbean | |
| 1 | Leica Lens 16-21mm | 2009 Tamarkin | |

B6F (Official Form 6F) (12/07)

In re   **Mark E Singer**                                                    ,   Case No.   **12-18449**
                                        Debtor

# FIRST AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Brookweiner LLC**<br>**125 S. Wacker Dr**<br>**10th Floor**<br>**Chicago, IL 60606** | | - | | | **Claim for Indemnity/Contribution** | X | X | X | **Unknown** |
| Account No. xxxxxxxxXXXX<br><br>**Chase Card Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | | | **Credit Card** | | | | **38,800.00** |
| Account No. xxxxxxxxXXXX<br><br>**Citi Cards**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117-6241** | | - | | | **Credit Card** | | | | **52,859.00** |
| Account No. xxxxxxxxxxXXXX<br><br>**Direct Loans**<br>**PO Box 7202**<br>**Utica, NY 13504-7202** | | - | | | **8/2010** | | | | **11,035.00** |

|  |  |
|---|---|
| __1__   continuation sheets attached | Subtotal<br>(Total of this page)   **102,694.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                 S/N:45132-120702   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mark E Singer**                                    ,    Case No.   **12-18449**
                          Debtor

# FIRST AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx7028**<br><br>**Direct Loans**<br>**PO Box 7202**<br>**Utica, NY 13504-7202** | - | | **8/2009** | | | | | 10,258.00 |
| Account No. **xxxxxxx7028**<br><br>**Direct Loans**<br>**PO Box 7202**<br>**Utica, NY 13504-7202** | - | | **8/2008** | | | | | 7,762.00 |
| Account No.<br><br>**Northwestern Medical Faculty Founda**<br>**38693 Eagle Way**<br>**Chicago, IL 60678-1386** | - | | **12/09/11  12/21/11  01/27/12  01/30/12**<br>**Inv. #'s: 30784569; 30814840; 31046971;**<br>**31118761** | | | | | 955.53 |
| Account No.<br><br>**Progressive Care SC**<br>**7447 W. Talcott Ave.**<br>**Suite 1**<br>**Chicago, IL 60631** | - | | **Subject to setoff.** | X | X | X | Unknown |
| Account No. **xxxxx0668**<br><br>**Signature Bank**<br>**6400 N. Northwest Highway**<br>**Chicago, IL 60631** | - | | | | | | 58,050.00 |

Sheet no. __1__ of __1__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 77,025.53 |
| Total (Report on Summary of Schedules) | 179,719.53 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Mark E Singer**                                                                         Case No.    **12-18449**
_____            Chapter    **7**
                                                        Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - FIRST AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **25**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **July 10, 2012**                              Signature    **/s/ Mark E Singer**
                                                                   **Mark E Singer**
                                                                   Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Mark E Singer__                                    Case No.  __12-18449__
                                          Debtor(s)                                    Chapter  __7__

## STATEMENT OF FINANCIAL AFFAIRS - FIRST AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$238,000.00** | **2010: Wages** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$6,208.00** | **2012 YTD: unemployment** |
| **$18,624.00** | **2011: unemployment** |

2

#### 3. Payments to creditors

None
☐

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Signature Bank**<br>**6400 N. Northwest Highway**<br>**Chicago, IL 60631** | **3/29/12; 2/22/12; 1/23/12** | **$5,474.76** | **$0.00** |

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Progressive Care, S.C. v. Mark E. Singer, et.al., 2010 CH 47279** | **Cancery - Breach of Fiduciary Duty** | **Cook County, Illinois** | **Pending** |
| **Bank of America v. Mark E. Singer, Case No. 12 CH 07511** | **Foreclosure** | **Cook County, Illinois** | **Pending** |
| **Progressive Care SC v. Brookweiner LLC, et.al. Case No. 11 L 14737** | **Third Party Complaint for Indemnity/Contri butions** | **Cook County, Illinois** | **Pending** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **See attached** | | | |

### 8. Losses

None
☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Flood loss at condo.  Insurance of $39,000 was received and spent** | | **2011** |

4

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Collins & Collins<br>8 S Michigan Ave<br>Ste. 1414<br>Chicago, IL 60603** | **April 2012** | **$2,000 attorneys fees and court costs for bankruptcy** |
| **Credit Counseling** | **April 2012** | **$30** |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

7

---

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **July 10, 2012**                    Signature  **/s/ Mark E Singer**
                                                      **Mark E Singer**
                                                      Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| 7. | **GIFTS** | | |
|---|---|---|---|
| | Leica X1/case | 2011 gift to niece, Jo Ellen Karambelas | |
| | Leica DLux V/flash/case | 2012 replace daughter's camera | |
| | SGS Rings | gift to niece, Jo Ellen Karambelas | |
| | SGS Lady Elgin | 2009 gift to brother | |
| | LS Elgin | 2009 gift to brother | |
| | Canon D 7 Digital & Lens | 2011 gift – daughter's 21st birthday | |
| | NOTE: Piano bought for and given to daughter; holding only until she finishes graduate school. | | |
| | Minox DSC Camera | 2009   Lufthansa Duty Free | gifted to nephew, Rich Singer |
| | Ispan HD DV Video | 2009   Hammacher Schlemmer | gifted to daughter, Katelen |
| | Grundig M400 world radio | 2009   Magellan | gifted to daughter |
| | Flip Mino HD Video | 2009   Amazon | gifted to daughter |
| | Minox M3.2.1 Mini | 2009   Lufthansa Duty Free | gifted to first cousin, Alvin Wax |