IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Mark E. Singer

      Debtor

Bankruptcy No. 12-18449
Judge Pamela S. Hollis
Chapter: 7

## NOTICE OF MOTION

TO:  Mark E. Singer, 530 N. Lake Shore Dr., Unit 2508, Chicago, IL 60611
   Brian Audette, 131 S. Dearborn Street, Suite 1700, Chicago, IL 60603
   Jennifer L. Barton, 180 N. LaSalle St., Suite 3300, Chicago, IL 60601
   Patrick S. Layng, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

   Please take notice on December 18, 2012 at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis, in Courtroom 644, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached motion at which time you may appear if you wish.

             /s/ Josephine J. Miceli
             Josephine J. Miceli, IL ARDC #6243494

## CERTIFICATE OF SERVICE

I, Josephine J. Miceli, an attorney certify that I served the attached motion by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on December 10, 2012. The remaining parties were served by the CM/ECF electronic noticing system.

             /s/ Josephine J. Miceli
             Josephine J. Miceli, IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:

Mark E. Singer

Debtor

Bankruptcy No. 12-18449
Judge Pamela S. Hollis
Chapter: 7

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)

Hudson City Savings Bank, FSB ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of 530 N. Lake Shore Dr., #2508, Chicago, Illinois 60611 (the "Property"). The Required Statement is attached hereto as Exhibit E, in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on May 4, 2012.

2. The Debtor has executed and delivered or is otherwise obligated with respect to a certain promissory note in the original principal amount of $570,250.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

3. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

4. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to a chain of two assignments of mortgage, copies of which are attached hereto as Exhibits C and D.

5. As of October 1, 2012, the outstanding amount of the Obligations is: $599,331.61.

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $550.00 in legal fees and $176.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtor:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 6 | March 1, 2011 | August 1, 2011 | $4,499.76 | $26,998.56 |
| 11 | September 1, 2011 | July 1, 2012 | $4,144.12 | $45,585.32 |
| 1 | August 1, 2012 | August 1, 2012 | $4,499.76 | $4,499.76 |
| 2 | September 1, 2012 | October 1, 2012 | $4,169.13 | $8,338.26 |

Total: $85,421.90

8. The estimated market value of the Property is $550,000.00. The basis for such valuation is the Debtor's schedules.

9. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $599,331.61.

10. Cause exists for relief from the automatic stay for the following reasons:

   a) Movant's interest in the Property is not adequately protected.

   b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

/s/ Josephine J. Miceli
Josephine J. Miceli, IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC

230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE