FORM B6A (Official Form 6A) (12/07)

In re _Mark Singer_ _____,   Case No. _12-18449_____
                    Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY
## Amended 07/11/2014

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _530 N. Lake Shore Drive, Unit 2508, Chicago, IL 60611_ | _Fee Simple_ | | $550,000.00 | $550,000.00 |

No continuation sheets attached

**TOTAL $**  550,000.00

**(Report also on Summary of Schedules.)**

In re _Mark Singer_                                                                ,        Case No. _12-18449_
                    Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on hand*<br><br>*Location: Spent since filing of Bankruptcy* | | $50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Harris Bank Checking Account (Last 4 digits: 2190)*<br><br>*Location: Spent since filing of Bankruptcy* | | $2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Miscellaneous Clocks, including:*<br><br>*Darvin grandfather clock (1997)*<br>*Naval clock (2006)*<br>*5 musical wall clocks (1998-2003)*<br>*2 neon wall clocks (2003)*<br>*4 non-musical wall clocks*<br><br>*Location: In debtor's possession* | W | Unknown |
| | | *Miscellaneous Electronics, including:*<br><br>*\*denotes in possession of the Chicago Police Department*<br>*Eton AM/FM NORRA Radio (est. value $21)\**<br>*FR350 walkie-talkie (est. value $5)\**<br>*AM/FM shorwave radio (unknown value - no way to determine make or brand)\**<br>*Apple MacBook White 13'' 2003 (est. value $50 per Apple manager)\**<br>*Apple MacBook, multi-colored case 15'' 2006* | | Unknown |

B6B (Official Form 6B) (12/07)

In re **Mark Singer**                                                                     ,          Case No. *12-18449*
                         Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (est. value $100 per Apple manager)*<br>Apple I-May 28 '' 2009 (est. value $500)*<br>Apple MacBook Air 15'' super drive with case 2009 (est. value $300)*<br>LaCie hard drive/case/pwer cord (est. value $16)*<br>LaCie hard drive (est. value $16)*<br>Apple 64 gb ipad & case (est. value $52-160)*<br>Apple 64 gb ipad & case (est. value $52-160)*<br>Apple 3S iphone (est. value $38)*<br>Apple 4G iphone (est. value $147)*<br>Dell 15'' latop computer with case 2007 (est. value $190)*<br>Xerox Phaser 8560 printer 2009 (est. value $400-$480)<br>Epson V750 Pro scanner 2009 (est. value $650)<br>Canon 900 photo printer 2004 (value unknown)<br>Bose Radios (3+1 in office) (pre-2006) (est. value $40-$227 ea)<br>Bose Multi 3 CD Changer for radio (1-H, 1 -))(pre 2006) (est. value $75-$130 ea)<br>Bose Sound system for TV (2006) (est. value $26)<br>Pioneer 50" flat screen TV (2006)(est. value $300)<br>Panasonic 32" tabletop flatscreen TV (2006) (Unknown Value)<br>TEAC record-CD converter (HS/2008) (Unknown Value)<br>Pioneer CD to DVD Converter (2008)(est. value $250)<br>Pioneer DVD (2005) (est. value $20-$40)<br>Sony 200 CD player (1994) (est. value $40-$100)<br>Denon receivor (2009) (est. value $50-$94)<br>Sony record turntable player (1983) (Unknown Value)<br>Mitsubishi Super VHS VCR player (2) (1995) (est. value $13-$90)<br>Sony dual cassette tape player (1995) (est. value $40-$50) | | |

B6B (Official Form 6B) (12/07)

In re _Mark Singer_ _____,   Case No. _12-18449_
                              Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Glass electronic stand to hold components (2005) (unknown value)<br>Apple remote mouse (unknown value)*<br>Apple remote keyboards (unknown value)*<br>Apple USB power adapters (unknown value)*<br>Apple iPhone 3G docks (unknown value)*<br>Apple iPad photo connections (unknown value)*<br>Apple world travel adapter kit (plugs) (unknown value)*<br>Apple dock connector to USB cable (unknown value)*<br>Apple iPad 10W USB power adapter (unknown value)*<br>6 APC power packs (unknown value)*<br><br>Location: In debtor's possession & in possession of the Chicago Police Department<br><br><br>Miscellaneous Furniture, including:<br><br>HS Pinball Machine (2007) (Unknown Value)<br>Kitchen ceiling lights (2005)<br>Bathroom (2) ceiling lights (2006)<br>2 coffee tables on wheels (2006)<br>3 floor lamps (2006)<br>Leather sofa +lover's seat (1988)<br>Floor-ceiling book system w/ladder (2006)<br>4 Table lamps from Architecture Foundation of Chicago (1998)<br>King bed wood frame/mirror (Lane/Darwin-1997)<br>King Tempera electric mattress (2004)<br>Single Tempera mattress (2004)<br>4 Tempera pillows (2004)<br>High dresser, low dresser, and armoire (Lane/Darwin-1997)<br>Rocking chair (LL Bean-1993)<br>Glass computer table (2005<br>Leather swivel high back office chair (2007)<br>4 high bar stools w/arms (2005)<br>5 Lava lamps; 1 @ office (1997) | | Unknown |

Page __3__ of __17__

B6B (Official Form 6B) (12/07)

In re _Mark Singer_ _____ ,   Case No. _12-18449_
          Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Frette linen for king size bed-2 sets (2007) (unknown value)* | | |
| | | *Location: In debtor's possession* | | |
| | | *Miscellaneous Household Goods, including:* | | *Unknown* |
| | | *4 pc GN Rwy dinner setting (2008) (est. value $12)* *DeLonghi Gran Dama coffee machine (2008) (est. value $202)* *Penguin soda charger machine (2009) (est. value $75)* *Chantal tea kettle (2008) (est. value $8)* *Telescope (LL Bean-1992) (est. value $49)* *2 bedroom tabletop lamps (2009) (unknown value)* | | |
| | | *Location: In debtor's possession* | | |
| | | *Liberty 4'' Safe/battery lock (2009)* | | $300.00 |
| | | *Location: In debtor's possession* | | |
| | | *Wine Refrigerator* | | $500.00 |
| | | *2007 Wine Enthusiasts* | | |
| | | *Location: In debtor's possession* | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *CD Collection* | | *Unknown* |
| | | *Location: Approximately 750 in debtor's possession and 200 at debtor's former office at Progressive* | | |

B6B (Official Form 6B) (12/07)

In re _Mark Singer_____,    Case No. _12-18449_____
                          Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
### Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *DVD Collection*<br>*Approximately 900 DVDs*<br><br>*Location: In debtor's possession* | | *Unknown* |
| | | *Miscellaneous Books*<br><br>*Approximately 6,000 assorted books-hardback/paperback on history, religion, biography, geography, military, railway*<br><br>*Location: In debtor's possession* | | *Unknown* |
| | | *Miscellaneous Model Trains, including:*<br><br>*ATSF Super Chief observation car-at office*<br>*ATSF Super Chief pleasure dome car*<br>*NYC E8 locomotive*<br>*NYC E7 locomotive*<br>*ATSF E6 locomotive A and B unit*<br>*ATSF PA locomotive*<br>*ATSF F7 freight locomotive*<br>*CMStP&P E8 locomotive*<br>*2 display units*<br>*CMStP&P 2 locomotives+4 passenger cars*<br>*Metra F40 locomotive*<br><br>*Location: debtor's former office at Progressive* | | *$0.00* |
| | | *Miscellaneous Railroad Guides and Timetables:*<br><br>*Official Railway Guides (est. value $10-$18 ea)*<br>*1960s-1970s (20)*<br><br>*Railroad Timetables*<br>*1950s-1970s (200-mixed)  (est. value $1-$10)*<br><br>*Location: In debtor's possession* | | *Unknown* |

B6B (Official Form 6B) (12/07)

In re **Mark Singer**                                                        ,    Case No. **12-18449**
                                   **Debtor(s)**                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY
### Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Miscellanous Art, including:* | | *Unknown* |
| | | *Israeli metal tabletop art piece by Nicky Imber* | | |
| | | *o      Fiddler on the Roof* | | |
| | | *Israeli metal tabletop art by Frank Meizler* | | |
| | | *o      Mezzuzout* | | |
| | | *o      Gates of Jerusalem (2)* | | |
| | | *New Orleans dog cartoons (6)* | | |
| | | *Sports* | | |
| | | *Dick Butkus poster* | | |
| | | *Sandy Koufax-5 multiple images* | | |
| | | *Sandy Koufax-4 balls (no hitter)* | | |
| | | *Cartoon Lithograph* | | |
| | | *Simpsons* | | |
| | | *WB Tweedy Pie* | | |
| | | *WB Road Runner* | | |
| | | *WB Yogi Bear* | | |
| | | *WB Foghorn Leghorn* | | |
| | | *WB Caricatures* | | |
| | | *Framed Railroad Publicity Photos/Menus/Bar cards/postcards, etc-all at office* | | |
| | | *GN* | | |
| | | *NP* | | |
| | | *CB&Q* | | |
| | | *ATSF* | | |
| | | *UP* | | |
| | | *CP* | | |
| | | *SP* | | |
| | | *CN* | | |
| | | *L&N* | | |
| | | *ACL* | | |
| | | *SAL* | | |
| | | *NYC* | | |
| | | *PRR* | | |
| | | *IC* | | |
| | | *TTC-2 streetcar lithographs* | | |
| | | *GN @ Glacier Park* | | |
| | | *Chicago Tribune op-ed on railroads framed* | | |
| | | *Daily Herald article on HSR framed* | | |

B6B (Official Form 6B) (12/07)

In re **Mark Singer**                                              Case No. **12-18449**
_____,
            **Debtor(s)**                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Sullivan Brothers WWII poster<br>5 VIA Rail Canada photos<br><br>Religious pictures<br><br>Ship pictures/lithographs<br>Lighthouses (Harbor House mgfr)<br>Normandie<br>Queen Elizabeth<br>Queen Mary<br>US Presidents+political leaders (Churchill, MacKenzie, etc)-at office<br><br>Location: In debtor's possession & at debtor's former office at Progressive<br><br>Pen and Pencil collection<br><br>225 assorted pens and pencils<br>Display case containing 29 various pens (2)<br>Display case containing 25 various pens<br>Display case containing 23 various pens<br>Display case containing 33 various pens<br>Display case containing 29 various pens<br>Case containing 11 pens<br>Case containing 15 pens<br>Case containing 14 pens (4 )<br>MontBlanc case containing 14 various pens<br>Box containing MontBlanc Mark Twain pen (type?)<br>Box containing MontBlanc Mark Twain pen (type)<br><br>Location: In possession of the Chicago Police Department | | Unknown |
| 6.  Wearing apparel. | | Miscellaneous Baseball jerseys, including:<br><br>Replica Baseball Jersey Top<br>LA dodgers-Loufax<br>Brooklyn dodgers-Koufax<br>Cubs<br>White Sox | | Unknown |

B6B (Official Form 6B) (12/07)

In re _Mark Singer_ _____,   Case No. _12-18449_

         Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Red Sox<br>Yankees<br><br>Location: In debtor's possession | | |
| | | Miscellaneous Mens Clothing, including:<br><br>Leather US passport holder (unknown value)<br>250 assorted used silk ties (unknown value)<br>20 assorted color Lacoste golf shirts (size 8)<br>44 Brooks Brother tailored, monogrammed, french cuff shirts-assorted colors (2008)<br>75 Canali, Zegna, & Orvis tailored, long sleeve sports shirts (2008-2011)<br>5 sport jackets tailored<br>3 leather sports jackets tailored<br>5 summer poplin suits tailored<br>33 wool suits tailored<br>Approx 100 hats (baseball, destination, military, etc)<br>3 alligator leather belts<br>2 Dunhill leather belts<br>15 pr Allen Edmond leather dress shoes<br>3 Zegna jean slacks<br><br>Location: In debtor's possession | | Unknown |
| 7. Furs and jewelry. | | 1977 Gold and Sapphire ring<br><br>Location: In debtor's possession | | $1,200.00 |
| | | cufflink collection, including:<br><br>* denotes in possession of CPD<br>MontBlanc Cufflinks small diamond in stainless steel * (2008) (Unknown value)<br>MontBlanc Cufflinks 100 year anniversary* (2008) (Unknown value)<br>12 assorted MontBlanc cufflinks (1997-2009) (est. value $50-$80) | | Unknown |

In re **Mark Singer** _____ ,    Case No. **12-18449**
Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|
| | | *12 assorted cufflinks (1981-2009)  (Unknown value)* | | |
| | | *Location: In debtor's possession & in possession of Chicago Police Department* | | |
| | | *Miscellaneous watches, including:* | | *Unknown* |
| | | *\* denotes in possession of Chicago Police Department*<br>*Luminox Navy Seal wristwatch\* non-diver (2010) (est. value $50-$70)*<br>*Soviet Pilot watch\*(2003) (est. value $50)*<br>*Breitling grey face Chronomeyre B-1 (battery) watch (2002)\* (est. value $1,800)*<br>*Rolex GMT watch gold/silver clip band (1982) (last valued 2008 @ $9,000)* | | |
| | | *Location: In debtor's possession and in possession of Chicago Police Department* | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Miscellaneous Weaponry, including:* | | *Unknown* |
| | | *USMC bayonet knife/sleeve*<br>*NRA knives (3)*<br>*Steyr MP34 Rifle/submachine gun 9mm deactivated*<br>*Advanced Taser/case/battery pack/4 cartridges/misc accessories*<br>*X-26 Taser w/holster/15 cartridges*<br>*C2 Taser w/cartridge*<br>*Smith & Wesson Model 40.12" blue steel 5-shot revolver*<br>*Smith & Wesson Model 36 revolver .38 cal 2" blue steel*<br>*Smith & Wesson Model 39-1 9mm semi auto 4" chrome*<br>*Smith & Wesson Model 686-6 .357 cal 6" stainless revolver*<br>*Smith & Wesson Model 649-5 .45 cal revolver 2" stainless*<br>*Smith & Wesson Model 36 revolver 2"* | | |

B6B (Official Form 6B) (12/07)

In re **Mark Singer**                                                    ,     Case No. **12-18449**
                                  **Debtor(s)**                                                        (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | *EIG Derringer .22 cal 2" stainless* | | | |
| | | *Monidial Model Model #1960 revolver .22 cal 2" black* | | | |
| | | *Springfield Armory Model 1911-A1 9mm semi auto 4" brushed stainless steel* | | | |
| | | *Springfield Armory micro compact .45 cal semi auto green* | | | |
| | | *Glock Model 30 .45 cal semi auto 4" black* | | | |
| | | *Glock Model 21 .45 cal semi auto 4" black steel* | | | |
| | | *Walther PPK/S1 .380 cal ACP semi auto stainless steel* | | | |
| | | *Gun cases; Magazines as supplied by mfg.* | | | |
| | | *Gun locks* | | | |
| | | *Bullet/ammo-Remington .22 LR (89)* | | | |
| | | *Bullet/ammo-Corbon .45 (20)* | | | |
| | | *Bullet/ammo-Remington .45 (100)* | | | |
| | | *Bullet/ammo-Federal .357 mag (10)* | | | |
| | | *Bullet/ammo-Federal .38 special (94)* | | | |
| | | *Bullet/ammo-Federal .38 (11)* | | | |
| | | *NRA gun bags* | | | |
| | | *Various gun holsters* | | | |
| | | *Speed loaders (2-.38)* | | | |
| | | *Speed loaders (2-.357)* | | | |
| | | *speed loader (.45)* | | | |
| | | *Pipe* | | | |
| | | *Dunhill pipe in box* | | | |
| | | | | | |
| | | *Location: In possession of Chicago Police Department* | | | |
| | | | | | |
| | | *Miscelleous Camera Gear, including:* | | | *Unknown* |
| | | | | | |
| | | *Canon EOSN camera body (est. value $110-$188)* | | | |
| | | *Canon EOS3 camera body (est. value $100-$300)* | | | |
| | | *Canon FTBn camera chrome body (est. value $50-$60)* | | | |
| | | *Canon FTBn camera black body  (est. value) $15-$18)* | | | |
| | | *Canon F!n camera black body (est. value $179-$395)* | | | |

B6B (Official Form 6B) (12/07)

In re _Mark Singer_____,    Case No. _12-18449_____
                              Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | *Canon F1 camera black body  (est. value $30 -$125)* | | | |
| | | *Canon Speedlite Flash 199A  (est. value $15 -$45-$61)* | | | |
| | | *Misc. accessories, wires (unknown value)* | | | |
| | | *Canon Phtotura camera  (unknown value)* | | | |
| | | *Canon Ultrasonic lens 28-105mm (est. value $80)* | | | |
| | | *Canon Ultrasonic lens 100-300mm (est. value $55)* | | | |
| | | *Canon Ultrasonic lens 85mm (unknown value)* | | | |
| | | *Canon EOS 28mm lens (est. value $102)* | | | |
| | | *Canon EOS 50mm lens (est. value $50)* | | | |
| | | *Canon EOS 100-300mm lens (est. value $55)* | | | |
| | | *Canon EOS 80-200mm lens (est. value $10-$80)* | | | |
| | | *Canon FD 20mm lens (est. value $150)* | | | |
| | | *Canon FD 50mm lens (est. value $45-$62)* | | | |
| | | *Canon FD 85mm lens (est. value $50)* | | | |
| | | *Canon FD 100mm lens (est. value $47)* | | | |
| | | *Canon FD 35-105mm lens (est. value $32-$54)* | | | |
| | | *Canon FD 80-200mm lens (est. value $10-$80)* | | | |
| | | *Canon FD 200mm lens (est. value  $15-$45-$99)* | | | |
| | | *Canon FD 300mm lens (est. value $100-$169)* | | | |
| | | *Canon FD 400mm lens (est. value $30-$200)* | | | |
| | | *Canon ELPH cameras (2) (est. value $12 ea)* | | | |
| | | *Canon Power Shot Pro1  (2008) (est. value $100-$200)* | | | |
| | | *Canon G2 digital camera  (2002) (est. value $9-$45)* | | | |
| | | *Canon G3 digital camera   (2004) (est. value $10-$39)* | | | |
| | | *Canon G5 digital camera  (2005) (est. value $10-$65)* | | | |
| | | *Metz Flash (est. value $50)* | | | |
| | | *Leica M7 camera body (2002) (est. value $1150-$1450)* | | | |
| | | *Leica M8 camera body (2007) (est. value $1625-$1949)* | | | |
| | | *Leica M9 camera body (2010) (est. value $3560-$3795)* | | | |
| | | *Leica D-LUX2 camera (2006) (unknown value)* | | | |
| | | *Leica X1 camera (2011) (est. value $640-$770)* | | | |

B6B (Official Form 6B) (12/07)

In re **Mark Singer**_____, Case No. **12-18449**____
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Leica DLUX5 camera (2010) (est. value $425-$450)* <br> *Lumix camera DMC-FX500 (est. value $95-$100)* <br> *Leica flash C22 (est. value $229-$249-$279)* <br> *Leica SF20 Flash (est. value $20-$79)* <br> *Leica SF24D Flash (est. value $269-$315)* <br> *Leica EVF-1Viewfinder (est. value $159-$215)* <br> *Leica EVP Viewfinder (est. value $149-$250)* <br> *Leica chargers, batteries (unknown value)* <br> *Leica 35mm lens  (2002) (est. value$1300)* <br><br> *Leica 24mm lens  (2006) (est. value $1750)* <br> *Leica 75mm lens  (2005) (est. value $1650)* <br> *Leica 90mm lens  (2002)  (est. value $632)* <br> *Leica 16-21mm lens (2010)  (est. value $1600)* <br> *Misc. accessories, wires (unknown value)* <br> *Steiner Binoculars  (est. value $150-$300)* <br> *Ispan Mini Video (unknown value)* <br> *Minox Mini Leica  (unknown value)* <br><br> *Minox Mini Spy camera (unknown value)* <br><br> *Mino Flip video camera (unknown value)* <br><br> *Pentax Optio cameras (2) (est. value $25 ea)* <br> *Ferrari digital camera/case (Olympus) (est value $150-$315)* <br> *32 gb SD micro photo digital chips  (appx 20) (est.value $7-$18 ea)* <br><br> *NOTE 1: Per CPD Inventory/No  Access=no firm inventory of all lenses by type, mm, et cetera NOTE 2: No complete inventory in Debtor's possession listing type, size, brand, color, et cetera for litters, camera cases, camera bags, accessories, wires* <br> *NOTE 3: Many cameras are old film cameras with low values* <br><br> *Location: In possession of Chicago Police Department* | | |

B6B (Official Form 6B) (12/07)

In re _Mark Singer_ _____,      Case No. _12-18449_
                        Debtor(s)                              (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Incentive Life Insurance Policy* *No.: 157217937* *Variable Life: $250,000* *Beneficiary: Daughter, Katelen Singer* *Location: Terminated on 12/11/13 (cashed out approximately $2,522.85 to pay for living expenses)* *AXA Insurance Policy* *No.: 109009548* *Term - Face value: $250,000.00* *Beneficiary: Daughter, Katelen Singer* *Location: Terminated on 08/12/12 (no value)* *Principal Life Insurance Policy* *No.: 5028373* *Face Value : $250,000.00* *Beneficiary: Daughter, Katelen Singer* *Location: Terminated on 7/22/13 (no value)* | | $0.00 $0.00 $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *Fidelity IRA* *Location: Cashed out to pay for living expenses* | | $48,210.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

B6B (Official Form 6B) (12/07)

In re **Mark Singer**                                                    ,          Case No. **12-18449**

_____ Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY
### Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Miscellaneous Claims against Progressive, including:*<br><br>*Internist physician billing unpaid*<br>*MC invoice unpaid*<br>*AMX invoice unpaid from September thru October, 2010*<br>*Asthma physician billing unpaid*<br>*Dental billing unpaid*<br>*Unpaid pension for 2009-2010*<br>*Claim for breach of contract*<br>*Miscellaneous claims against Progressive*<br><br>*Location: In debtor's possession*<br><br><br>*Qui Tam Action*<br><br>*Claims against Progressive under the False Act, 31 U.S.C. sec. 3729-3733*<br>*April 21, 2011 in the United States District Court for the Northern District of Illinois Case No. 11-02679 (the Qui Tam Action)*<br><br>*Location: In debtor's possession* | | *Unknown*<br><br><br><br><br><br><br><br><br><br><br><br>*Unknown* |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | *High Speed Rail Patent*<br>*No longer valid*<br>*Location: No longer valid* | | *$0.00* |

Page ___14___ of ___17___

B6B (Official Form 6B) (12/07)

In re _Mark Singer_                                                                    ,        Case No. _12-18449_
                                    Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
### Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | _Miscellaneous Appliances, including:_<br><br>_GE Profile Refrigerator/Freezer (2005) (unknown value)_<br><br>_GE Profile Microwave Spacemaker XL 1800 (2005) (unknown value) (non-functioning)_<br>_GE Profile Oven (2005) (unknown value)_<br>_GE Washer (2005) (unknown value)_<br>_GE Dryer (2005) (unknown value)_<br><br>_Location: In debtor's possession_<br><br>_Miscellaneous Electric Shavers, including:_ | | _Unknown_<br><br><br><br><br><br><br><br><br><br><br><br><br><br>_Unknown_ |

B6B (Official Form 6B) (12/07)

In re **Mark Singer**                                                    ,    Case No. **12-18449**
                    Debtor(s)                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY
### Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | Husband--H Wife--W Joint--J Community--C | |
| | | Braun electric shaver series 7-new (est. value $130-$241) Braun electric shaver series 7-used (unknown value) Location: New shaver series at Debtor's old office, remaining shavers in debtor's possession | | |
| | | Miscellaneous Globes 24 globes (shake) from world destinations Location: In debtor's possession | | Unknown |
| | | Miscellaneous Luggage, including: 4 pc Rimowa luggage (2010) (unknown value) 3 pc Swiss Army luggage (2005) 4 pc Tumi luggage (1997-2003) 6 pc Bric luggage (2007-2010) 11 pc various attache strap bags Location: In debtor's possession | | Unknown |
| | | Miscellaneous money clips, including: Silver money clip (1972) (Unknown value) MontBlanc money clip (2009) (Unknown value) Location: In possession of Chicago Police Department | | Unknown |
| | | Miscellaneous Sunglasses, including: 2 Prada sunglasses 1 Oliver Peoples sunglasses 1 Barton Perreiva sunglasses 1 O Fcarrera sunglasses | | Unknown |

B6B (Official Form 6B) (12/07)

In re _Mark Singer_ _____ ,     Case No. _12-18449_

Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 07/11/2014
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *1 Oakley sunglasses*<br>*5 Ray Ban sunglasses*<br>*32 Revo sunglasses*<br>*8 Bulgari sunglasses*<br>*14 Maui Jim sunglasses*<br>*6 Persol sunglasses*<br>*2 Serengetti sunglasses*<br><br>*Each range from $20-$50/age range between 1984-2013*<br>*CPD Inventory list is vague regarding brand, frame, color*<br><br>*Location: In possession of the Chicago Police Department* | | |

Page __17__ of __17__

**Total** ➡     *$52,260.00*

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/13)

In re
 __Mark Singer_____,     Case No. __12-18449_____
                        Debtor(s)                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 07/11/2014

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on hand | 735 ILCS 5/12-1001(b) | $ 50.00 | $ 50.00 |
| Harris Bank Checking Account | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| Miscellaneous Furniture | 735 ILCS 5/12-1001(b) | Unknown | Unknown |
| Miscellaneous Books | 735 ILCS 5/12-1001(b) | Unknown | Unknown |
| Miscellaneous Baseball Jerseys | 735 ILCS 5/12-1001(a) | Unknown | Unknown |
| Miscellaneous Mens Clothing | 735 ILCS 5/12-1001(a) | Unknown | Unknown |
| Miscelleous Camera Gear | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(d) | Unknown Unknown | Unknown |
| AXA Advisors Life Insurance Policy | 735 ILCS 5/12-1001(f) | $ 0.00 | $ 0.00 |
| AXA Insurance Policy | 735 ILCS 5/12-1001(f) | $ 0.00 | $ 0.00 |
| Principal Life Insurance Policy | 735 ILCS 5/12-1001(f) | $ 0.00 | $ 0.00 |
| Fidelity IRA | 735 ILCS 5/12-1006 | $ 48,210.00 | $ 48,210.00 |
| Miscellaneous Appliances | 735 ILCS 5/12-1001(b) | Unknown | Unknown |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12 B 18449 |
| | ) | |
| MARK E. SINGER, | ) | Chapter 7 |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

On July 14, 2014, I electronically filed supplemental Amended Schedules A, B and C with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael R. Collins, Esq. | michael.collins@collinsandcollins.com |
| Anders J. Watson, Esq. | ajw@willmont.com |
| Brian Audette, Esq. | baudette@perkinscoie.com |
| Brian R. Zeeck, Esq. | bzeeck@hinshawlaw.com |
| Charles R. Gibbs, Jr., Esq. | cgibbs@perkinscoie.com |
| Josephine J. Miceli, Esq. | jo@johnsonblumberg.com |
| Gabriel Aizenberg, Esq. | aizenbergg@gtlaw.com |
| Jason B. Elster, Esq. | elsterj@gtlaw.com |
| Jordan Galassie, Esq. | jgalassie@perkinscoie.com |
| Patrick S Layng, Esq. | USTPRegion11.ES.ECF@usdoj.gov |

and I hereby certify that I mailed true and correct copies of the supplemental Amended Schedules A, B and C by U.S. Postal Service to the following non-CM/ECF participants:

See attached Service List.

/s/ Richard Fimoff_____
Attorney for Debtor

Richard H. Fimoff (ARDC #804886)
Jennifer L. Barton (ARDC # 6305432)
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000

Bank of America
PO Bix 15136
Wilmington, DE 19850-5137

Hinshaw Culbersen
222 N. Michigan
Ste 300
Chicago, IL 60601

Williams & Montgomery
233 S. Wacker
Ste. 6100
Chicago, IL 60606

Bozena Witek
7447 W Talcott
#1
Chicago, IL 60631

Illinois Department of
Revenue
Bankruptcy Section
P.O.Box 64338
Chicago, Illinois 60664-0338

Jason B Elster
Greenberg Traurig LLP
77 W Wacker Dr Ste 3100

Chase Card Services
PO Box 15298
Wilmington, DE 19850

JPMorgan Chase Bank, N.A.
c/o Shermeta, Adams & Von
Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI 48308-
0908

Sidley Austin Brown &
Wood
10 S Dearborn St
Chicago, IL 60603

Citi Cards
PO Box 6241
Sioux Falls, SD 57117-6241

Northwestern Medical Faculty
Founda
38693 Eagle Way
Chicago, IL 60678-1386

James G Schweitzer
675 N Brookfiled Road Ste
111
Brookfield, WI 53045

Dept of the Treasury
IRS
P O Box 7346
Philadelphia, PA 19101

Signature Bank
6400 N. Northwest Highway
Chicago, IL 60631

The law firm of Perkins Coie
LLP
131 South Dearborn Street Ste
1700
Chicago, IL 60603

Direct Loans
PO Box 7202
Utica, NY 13504-7202

PYOD, LLC its successors
and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Rjm Acquisitions Llc
575 Underhill Blvd, Suite 224
Syosset, NY 11791

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609