# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

Mark E. Singer,

 Debtor.

Chapter 7

Bankruptcy No. 15-18449
Hon. Pamela S. Hollis

Hearing Date: July 12, 2016
Hearing Time: 10:30 a.m.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, July 12, 2016 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Hon. Pamela S. Hollis, United States Bankruptcy Judge, in Room 644, United States Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604 or any other Judge sitting in his stead, and shall then and there present **Mark E. Singer's Motion to Dismiss** a copy of which is herewith served upon you.

MARK E. SINGER

BY:/s/Richard H. Fimoff_____
One of his Attorneys

Richard H. Fimoff (804886)
ROBBINS, SALOMON & PATT, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 Telephone
(312) 782-6690 Facsimile
rfimoff@rsplaw.com

11M257101

CERTIFICATE OF SERVICE

      Richard H. Fimoff an attorney, certifies that on the 24th day of May, 2016, he caused the foregoing **Mark E. Singer's Motion to Dismiss** to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all registered ECF users in this case, and as to all other parties on the service list attached hereto, I caused a copy to be sent by First Class U.S. Mail, as indicated, before 5:00p.m. on May 24, 2016.

                                                         /s/ Richard H. Fimoff

Richard H. Fimoff (#804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago IL  60601
312-456-0185
rfimoff@rsplaw.com

11M257101

```
Label Matrix for local noticing        Brookweiner LLC                         Robbins Salomon & Patt LTD
0752-1                                  125 South Wacker Drive                 180 N Lasalle Street Ste 3300
Case 12-18449                           Suite 1000                             Chicago, IL 60601-2808
Northern District of Illinois           Chicago, IL 60606-4497
Chicago
Tue May 24 15:07:13 CDT 2016

U.S. Bankruptcy Court                   Bank of America                        Bozena Witek
Eastern Division                        PO Bix 15136                           7447 W Talcott
219 S Dearborn                          Wilmington, DE 19850                   #1
7th Floor                                                                      Chicago, IL 60631-3712
Chicago, IL 60604-1702

Brookweiner LLC                         Chase Card Services                    Citi Cards
125 S. Wacker Dr                        PO Box 15298                           PO Box 6241
10th Floor                              Wilmington, DE 19850-5298              Sioux Falls, SD 57117-6241
Chicago, IL 60606-4424

Dept of the Treasury                    (p)U S DEPARTMENT OF EDUCATION         Hinshaw Culbersen
IRS                                     P O BOX 5609                           222 N. Michigan
P O Box 7346                            GREENVILLE TX 75403-5609               Ste 300
Philadelphia, PA 19101-7346                                                    Chicago, IL 60601

Illinois Department of Revenue          Illinois Dept of Revenue               JPMorgan Chase Bank, N.A.
Bankruptcy Section                      Bankruptcy Section                     c/o Shermeta, Adams & Von Allmen, P.C.
P.O.Box 64338                           P O Box 64338                          P.O. Box 80908
Chicago, Illinois 60664-0338            Chicago, Il 60664-0338                 Rochester Hills, MI  48308-0908

Northwestern Medical Faculty Founda     PYOD, LLC its successors and assigns as assi    Progressive Care SC
38693 Eagle Way                         of Citibank, N.A.                      7447 W. Talcott Ave.
Chicago, IL 60678-1386                  Resurgent Capital Services             Suite 1
                                        PO Box 19008                           Chicago, IL 60631-3774
                                        Greenville, SC 29602-9008

Progressive Care, S.C.                  Rjm Acquisitions Llc                   Signature Bank
Brian R. Zeeck, Hinshaw & Culbertson LLP 575 Underhill Blvd, Suite 224          6400 N. Northwest Highway
222 N. LaSalle St., Suite 300           Syosset, NY 11791-3416                 Chicago, IL 60631-1793
Chicago, IL 60601-1081

Williams & Montgomery                   Brian Audette                          Jennifer L. Barton
233 S. Wacker                           Perkins Coie LLP                       Robbins, Salomon & Patt, Ldt.
Ste. 6100                               131 S Dearborn Street, Suite 1700      180 N. LaSalle Street
Chicago, IL 60606-3094                  Chicago, IL 60603-5559                 Suite 3300
                                                                               Chicago, IL 60601-2808

Mark E Singer                           Patrick S Layng                        Richard H Fimoff
530 N. Lake Shore Dr.                   Office of the U.S. Trustee, Region 11  Robbins,  Salomon & Patt  Ltd
Unit 2508                               219 S Dearborn St                      180 North LaSalle Street
Chicago, IL 60611-7437                  Room 873                               Suite 3300
                                        Chicago, IL 60604-2027                 Chicago, IL 60601-2808

Robert J Trizna
Robbins Salomon & Pratt Ltd
180 N Lasalle Street Ste 3300
Chicago, Il 60601-2808
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct Loans
PO Box 7202
Utica, NY 13504-7202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hudson City Savings Bank, FSB          (u)Leonard Law Office Inc          (u)Progressive Care, S.C.

(d)Progressive Care, S.C.          (d)U.S. Department of Education          (u)Michael Leonard
Brian R. Zeeck, Hinshaw & Culbertson LLP          P.O. Box 5609
222 N. LaSalle St., Suite 300          Greenville, TX 75403-5609
Chicago, IL 60601-1081

End of Label Matrix
Mailable recipients     27
Bypassed recipients      6
Total                   33

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-BK-18449 |
| | ) | |
| **MARK E. SINGER** | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date: July 12, 2016 |
| | ) | Hearing Time:  10:30 a.m. |

## MOTION TO DISMISS BANKRUPTCY CASE

Mark E. Singer ("Debtor"), Debtor herein, by his attorneys, Robbins, Salomon & Patt, Ltd., hereby moves this Court, pursuant to 11 U.S.C§707, for an order dismissing this case, and in support hereof, Debtor respectfully states as follows:

1. On May 4, 2012, Debtor filed his voluntary petition herein seeking relief under Chapter 7 of the Bankruptcy Code [Docket No. 1].

2. Mr. Brain Audette was appointed Trustee herein and continues to act as the Chapter 7 Trustee herein.

3. Mr. Audette has filed his report herein finding no assets to administer for the benefit of Debtor's unsecured creditors [Docket No. 156]

4. Debtor was a medical practice administrator who was accused of theft by his former employer, fired from his employment and charged criminally with theft from his employer and related crimes.  As a result of the then pending criminal charges, Debtor was unable to find employment.  Additionally, his former employer asserted a claim against Debtor for millions of dollars in damages, forcing Debtor to file for bankruptcy protection.

5. During the pendency of this case, all criminal charges against Debtor have been

voluntarily withdrawn by the State's Attorney, Debtor's mortgagee has not sought any deficiency against Debtor and Debtor has resolved his disputes with his former employer.  As a result, Debtor no longer has need of bankruptcy protections.

6. As there will no distribution to creditors from this bankruptcy estate, creditors will receive no benefit by the further prosecution of this case nor suffer any detriment by its dismissal.

7. Section 707(a) provides, in relevant part:

"The court may dismiss a case under this chapter only after notice and a hearing, and only for cause,…" 11 U.S.C.§707(a).  In determining whether cause exists for dismissal, the courts generally look to the best interests of all parties, both the debtor and his creditors.

8. Debtor submits that dismissal of this case is in the best interests of all parties, as it will allow Debtor to resume normal financial relationships, while allowing Debtor to avoid the stigma of bankruptcy.   It will not prejudice creditors because there is no distribution to creditors to be made, with the dismissal of this case Debtor will not receive a discharge, and creditors will retain all of their rights under state law.

9. As evidenced by the certificate of service attached to this motion, notice of this motion has been given to all of Debtor's creditors and all parties in interest in accordance with Rule 2002(a)(4).

10. Pursuant to Local Rule 9013-1C(5), attached hereto as exhibit A is a proposed draft order granting motion to dismiss.

WHEREFORE, Mark E. Singer, Debtor herein, respectfully requests that this court enter an order dismissing this case.

Respectfully submitted,

**Mark E. Singer**

12F2921 2

By:  /s/Richard H. Fimoff  
      One of his Attorneys

Richard H. Fimoff, (804886)  
Robbins, Salomon & Patt, Ltd.  
180 N. LaSalle Street, Ste. 3300  
Chicago, Illinois 60602  
312-782-9000  
rfimoff@rsplaw.com